IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARDONE, INC. d/b/a J&B CLEANING<br>    A Virginia Corporation,<br><br>    9411 Lee Highway, Suite O<br>    Fairfax, VA 22031<br><br>    Plaintiff,<br><br>                        v.<br><br>WATERGATE HOTEL LESSEE d/b/a<br>WATERGATE HOTEL,<br>    A Delaware Corporation,<br><br>    2650 Virginia Avenue, NW<br>    Washington, DC 20037<br><br>    Defendant. | Case No: |

## **COMPLAINT**

Plaintiff Mardone, Inc. d/b/a J&B Cleaning, by counsel, files this Complaint against Defendant Watergate Hotel Lessee d/b/a Watergate Hotel, and pleads as follows:

1. Plaintiff Mardone, Inc. d/b/a J&B Cleaning ("Plaintiff" or "J&B Cleaning") is a Virginia corporation with its principal place of business in Virginia.

2. Defendant Watergate Hotel Lessee d/b/a Watergate Hotel ("Defendant" or "The Watergate Hotel") is a corporation organized and existing under the laws of Delaware that operates a hotel in Washington, D.C.

1

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

3. Jurisdiction and venue in this Court is proper, as The Watergate Hotel has breached its contract with J&B Cleaning in the District of Columbia, and The Watergate Hotel has also irrevocably consented to the jurisdiction of this Court. (Exhibit 1, ¶ 17.)

4. On July 1, 2019, J&B Cleaning and The Watergate Hotel entered into an Agreement ("Agreement"). A copy of the Agreement is attached hereto as Exhibit 1.

5. Under the terms of the Agreement, J&B Cleaning agreed to provide The Watergate Hotel with certain services, including housekeeping, stewarding, front desk, banquet, and food and beverage outlet services. The Watergate Hotel agreed to pay J&B Cleaning's charges and fees for such services as described in "Exhibit A" or "Option A" attached to the Agreement and agreed to pay all invoices issued by J&B Cleaning for such services.

6. Between February 20, 2020 and March 18, 2020, J&B Cleaning provided housekeeping and other services to The Watergate Hotel under the Agreement and performed all its obligations under the Agreement.

7. J&B Cleaning issued The Watergate Hotel invoices in the amount of $269,730.23, representing services performed between February 20, 2020 and March 18, 2020.

8. The Watergate Hotel has not paid the invoices J&B Cleaning issued for services performed between February 20, 2020 and March 18, 2020.

9. Pursuant to the Agreement, as of April 17, 2020, The Watergate Hotel owes J&B Cleaning the sum of $269,730.23.

10. Despite repeated demand for payment, The Watergate Hotel has failed to make payments as due.

## COUNT ONE

(Breach of Contract)

11. J&B Cleaning incorporates the allegations of paragraphs 1 through 10 above.

12. Under the terms of the Agreement, The Watergate Hotel agreed to pay J&B Cleaning's charges for J&B Cleaning's services.

13. The Watergate Hotel has breached the terms of the Agreement by failing to pay for the services rendered by J&B Cleaning between February 20, 2020 and March 18, 2020.

14. J&B Cleaning has been damaged as a result of The Watergate Hotel's breach.

## COUNT TWO

(Quantum Meruit/Unjust Enrichment)

15. J&B Cleaning incorporates the allegations of paragraphs 1 through 14 above.

16. J&B Cleaning has conferred benefits on The Watergate Hotel by providing housekeeping and other services for The Watergate Hotel's use between February 20, 2020 and March 18, 2020.

17. The Watergate Hotel was aware of the benefits conferred by J&B Cleaning and accepted those benefits.

18. It would be inequitable for The Watergate hotel to retain such benefits without compensation to J&B Cleaning.

19. J&B Cleaning has been damaged as a result of The Watergate Hotel's failure to pay for the benefits conferred by J&B Cleaning.

FP 37790002.1

WHEREFORE Plaintiff Mardone, Inc. d/b/a J&B Cleaning demands judgment in its favor against Defendant Watergate Hotel Lessee d/b/a Watergate Hotel in the amount of $269,730.23, together with prejudgment and postjudgment interest, its costs herein, and its attorney's fees, and such other relief as to the Court deems proper.

DATED: May 8, 2020

Respectfully submitted,

*/s/ Sherron Thomas McClain*
_____
Sherron Thomas McClain
Bar No.  987190
Fisher & Phillips LLP
7501 Wisconsin Avenue, Suite 1220W
Bethesda, MD 20814
Tel. (301) 880-5014
Fax (301) 880-5031
sthomasmcclain@fisherphillips.com

*Counsel for Plaintiff*